

**FILED**

MAY 12 2022

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No. 4:22CR 114
Judge Jordan |
| JEREMY DAVID HANSON | § | |

### INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

**GENERAL ALLEGATIONS**

At all times material to the Indictment:

1.  The defendant, **Jeremy David Hanson**, was a resident of Rossmoor, California.

2.  On or about March 2, 2022, student protests occurred at the University of North Texas (UNT) campus to object to speaker Jeff Younger (Younger), a candidate for the Texas House of Representatives. Younger champions outlawing sexual reassignment surgeries for children after losing a year-long battle for custody of his 9-year-old twins, one of whom is a transgender girl. The protests were covered in the media, including articles outlining the protests and video footage of students protesting the presentation.

3.  On or about March 3, 2022, an email was sent to the UNT President at president@unt.edu from KillAllMarxistTrannyTeachers@usa.com. **Jeremy David Hanson** controlled email account KillAllMarxistTrannyTeachers@usa.com and was

HANSON - INDICTMENT - Page 1

created on or about February 16, 2022, from IP address 98.149.110.214. This same IP address was used to access the account multiple times between February 24, 2022, and March 3, 2022.

4. The subject line of the UNT email read, "You ought to be shot in the head and have your offices set on fire for supporting child genital mutilation and transgenderism." The body of the email read, "YOU LEFTIST FREAKS are the intolerant ones. Trannies are disgusting PERVERTS. Every single tranny freak should be gassed, along with their supporters. I will personally go to your university and start executing tyrannical leftist students and faculty who oppress conservatives. The only good Democrat is a dead Democrat."

## Count One

Violation: 18 U.S.C. § 875(c)
(Interstate Transmission of
Threatening Communications)

5. The Grand Jury realleges the allegations contained in Paragraphs 1 through 4 of the General Allegations of this Indictment and further alleges the following:

6. On or about March 3, 2022, in the Eastern District of Texas and elsewhere, the defendant, **Jeremy David Hanson**, with the intent to make a true threat and with knowledge that the communication would be understood as a true threat, transmitted said threat in interstate and foreign commerce, through an internet communication platform.

In violation of 18 U.S.C. § 875(c).

A TRUE BILL.

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
UNITED STATES ATTORNEY

_____          Date: 5/11/22
TRACEY M. BATSON
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:22CR_____ Judge |
| JEREMY DAVID HANSON | § | |

## NOTICE OF PENALTY

### Count One

Violation:   18 U.S.C. § 875(c)

Penalty:   Imprisonment for not more than five years, a fine not to exceed $250,000, or both, and a term of supervised release of not more than three years.

Special Assessment:   $100.00