UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEREMY DAVID HANSON,<br>Defendant | No. 4:22-CR-00114-SDJ-CAN-1 |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned matter as attorney for Jeremy David Hanson.

Respectfully Submitted,
Jeremy David Hanson, DEFENDANT,
By his attorney,

/s/Marissa Elkins
Marissa Elkins, Esquire, BBO#668840
31 Trumbull Rd. Suite B
Northampton, MA 01060
melkins@elkinslawllc.com
(413) 341-2131

Certificate of Service
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 16, 2022.

/s/Marissa Elkins